# First District Court of Appeal
## State of Florida

_____

No. 1D18-3292
_____

THADDEUS ANDERSON,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

October 25, 2019

PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Thaddeus Anderson, pro se, Appellant.

Ashley Moody, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Appellee.